# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>KARANS, LLC D/B/A HAPPY DAYZE; PAUL A. VALENTE, individually and as Special Administrator to the Estate of Michelle Valente; and MICHAEL R. KICH, as the natural father and legal guardian of KMK and KNK, minors,<br><br>      Defendants.<br>_____/ | Case No.: 3:23-cv-00164-LRH-CSD<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED between the parties, by and through their undersigned counsel, that KARANS, LLC D/B/A HAPPY DAYZE ("Karans") is granted an extension of time through May 31, 2024, to file their opposition to Plaintiff's Motion for Summary Judgment. The Motion for Summary Judgment was filed on May 8, 2024. The Opposition's

///

///

///

original response deadline was May 22, 2024. This is Karans's first request for extension of time and is being made due to conflicts in Karans's counsel's schedule.

DATED this 20th day of May, 2024.                    DATED this 20th day of May, 2024.

GUNDERSON LAW FIRM

By: */.s./ Courtney G. Sweet*                         By: */.s./ John J. Cavo*
Courtney G. Sweet, Esq.                               John J. Cavo
Nevada State Bar No. 10775                            Kaufman Dolowich & Voluck, LLP
*Attorney for Karans, LLC dba Happy Dayze*            30 N. LaSalle Street, Suite 1700
*Cigar and Smoke, LLC*                                Chicago, IL 60602
                                                      jcavo@kdvlaw.com
                                                      (312) 759-1400
                                                      *Attorney for Atain Specialty Insurance Company*

## ORDER

The Parties' Stipulation to Extend Time for Defendant's Response to Plaintiff's Motion for Summary Judgment is GRANTED. Response to the motion shall be filed on or before May 31, 2024.

**IT IS SO ORDERED.**

DATED this 20th day of May, 2024

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

-2-